| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark Fang, Attorney at Law – SBN 199073<br>William G. Short, Esq. – SBN 132479<br>TELEPHONE NO.: 215 E Daily Dr, Suite 9<br>Camarillo, CA 93010<br>E-MAIL ADDRESS (Optional): 805-383-2788  FAX NO. (Optional): 805-388-9488<br>ATTORNEY FOR (Name): Everflow Technology Corporation | |

**UNITED STATES DISTRIT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: San Jose Courthouse - Courtroom 3, 5th Floor
MAILING ADDRESS: 280 S. 1st St.
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: Everflow Technology Corporation

DEFENDANT: Millenium Electronics, Inc.

| WRIT OF ATTACHMENT<br>[X] AFTER HEARING    [ ] EX PARTE | CASE NUMBER:<br>07-05795-JF |
|---|---|

1. [X] TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

2. [ ] To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. [ ] To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address): Millenium Electronics, Inc.
   90 Great Oaks Blvd, #107
   San Jose, CA 95119-1314
   and the attachment is to secure: $ 1,894,176.27

5. Name and address of plaintiff: Everflow Technology Corporation – c/o Mark Fang, Attorney At Law, APC
   215 E Daily Dr., Suite 9
   Camarillo, CA 93010
   (805) 383-2788

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

[X] This information is on an attached sheet.

7. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

8. [ ] The real property on which the
   [ ] crops described in item 5 ___ are growing
   [ ] timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

*Richard W. Wieking*
GORDANA MACIC

Date: FEB 21 2008   Clerk, by _____, Deputy

Page 1 of 1

CV-4D (12/03)
(AT-135 [Rev. January 1, 2003])
**WRIT OF ATTACHMENT**
(Attachment)
Code of Civ. Proc., § 488.010

| SHORT TITLE: Everflow Technology Corporation v. Millenium Electronics, Inc. | CASE NUMBER: C07 05795 JF |
|---|---|

WRIT OF ATTACHMENT for U.S. Marshals Service (continued):

Number 6:

Any and all property able to be levied by Code of Civil Procedure sections 488.315 (real property), 488.325 (crops, timber), 488.335 (tangible personal property defendant possess), 488.345 (tangible personal property 3rd person possesses), 488.355 (personal property in officer's custody), 488.365 (in bailee's possession), 488.375 (equipment of ongoing business), 488.385 (vehicle, vessel of business), 488.395 (farm products), 488.405 (farm products), 488.415 (personal property used as dwelling), 488.425 (vehicle, vessel), 488.435 (chattel paper), 488.440 (instruments), 488.445 (negotiable documents of title), 488.450 (security), 488.455 (deposit account), 488.460 (safe deposit box), 488.470 (account receivable), 488.475 (property subject of pending action), 488.480 (final money judgement), and 488.485 (interest in estate).

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com