*e-filed 9/11/08*

**Kevin R. Martin, SBN 176853**
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone:     (925) 460-3700
Facsimile:       (925) 460-0969
Email:            kmartin@randicklaw.com

Attorneys for Jamel Enterprises, LLC, Millennium International, Loroco Sales, Inc., James Loro, Melva Loro and Nadine Loro

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>                    Plaintiff,<br><br>     vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation,<br><br>                    Defendant. | Case No.:  C07-05795-JF (HRL)<br><br>**AMENDED STIPULATED MOTION TO CONTINUE THE HEARING DATE FOR THE MOTIONS TO QUASH SUBPOENAS AND PROPOSED ORDER**<br><br>Date:         October 28, 2008<br>Time:         10:00 a.m.<br>Magistrate:  Howard R. Lloyd |

### STIPULATION TO CONTINUE BRIEFING AND REMEDIES HEARING

WHEREAS, on September 9, 2008, counsel for the parties met and conferred regarding the hearing date for the Motions to Quash Subpoenas to County Bank, Inc. and Heritage Bank of Commerce, Inc. (hereinafter the "Motions") filed by Jamel Enterprises, LLC, Millennium International, Loroco Sales, Inc., James Loro, Melva Loro and Nadine Loro (hereinafter "Moving Parties");

WHEREAS, counsel for the Moving Parties and counsel for plaintiff agreed to continue the hearing date for the Motions to October 28, 2008 to allow plaintiff Everflow Technology

AMENDED STIPULATED MOTIONS TO CONTINUE THE HEARING DATE FOR THE MOTION TO QUASH SUBPOENAS AND PROPOSED ORDER
CASE NO.:  C07-05795-JF (HRL)

Motion to Continue Hearing Date & Order.doc

1

1  Corporation time to file and have heard a Motion to Amend its Complaint in this matter; and
2  believing that amendment, if granted, will have impact on the Motions at bar, have agreed that
3  the Motions hearing should be continued to October 28, 2008 at 10:00 a.m.
4  IT IS SO STIPULATED:

Date:   September 10, 2008             RANDICK O'DEA & TOOLIATOS, LLP


                                        By:    / Kevin R. Martin /
                                               Kevin R. Martin, Esq.
                                               Attorneys for Jamel Enterprises, LLC,
                                               Millennium International, Loroco
                                               Sales, Inc., James Loro, Melva Loro
                                               and Nadine Loro


Date:   September 10, 2008             MARK FANG ATTORNEY AT LAW, APC


                                        By:    / Mark Fang /
                                               Mark Fang, Esq.
                                               Attorney for Plaintiff Everflow
                                               Technology Corporation

AMENDED STIPULATED MOTIONS TO CONTINUE THE HEARING DATE FOR THE MOTION TO QUASH SUBPOENAS AND PROPOSED ORDER
CASE NO.:  C07-05795-JF (HRL)

Motion to Continue Hearing Date & Order.doc

2

**ORDER CONTINUING HEARING DATE**
**FOR MOTIONS TO QUASH SUBPOENAS**

Based upon the foregoing Stipulation, and its own availability, the Court hereby continues the hearing date for the Motions to Quash Subpoenas to County Bank, Inc. and Heritage Bank of Commerce, Inc. from September 23, 2008 to **October 28, 2008** at **10:00 a.m.**

IT IS SO ORDERED

Dated: September  10, 2008



By: _____
Howard R. Lloyd, Magistrate
UNITED STATES DISTRICT COURT

3

AMENDED STIPULATED MOTIONS TO CONTINUE THE HEARING DATE FOR THE MOTION TO QUASH SUBPOENAS AND PROPOSED ORDER
CASE NO.: C07-05795-JF (HRL)

Motion to Continue Hearing Date & Order.doc

1  Notice shall be electronically sent to:
    MFang@MarkFangAPC.com
2  mrf@structurelaw.com
3  kmartin@randicklaw.com

4

5  * counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28