MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
William G. Short, Esq.; SBN 132479
215 East Daily Dr., Suite 9
Camarillo, CA 93010
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

**E-Filed 10/15/08**

Attorney for Plaintiff EVERFLOW TECHNOLOGY CORPORATION

STRUCTURE LAW GROUP, LLP
Mark R. Figueiredo, Esq.; SBN 178850
1754 technology Drive, Suite 135
San Jose, CA 95110
Telephone: (408) 441-7500
Facsimile: (408) 228-8787

Attorney for Defendant MILLENIUM ELECTRONICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>        Plaintiff,<br><br>vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation; LOROCO SALES INCORPORATED, a California corporation; JAMEL ENTERPRISES, LLC, a California limited liability company; JAMEL ENTERPRISES, a California limited liability company dba MILLENIUM ADVANCED SOLUTIONS; PERALTA INVESTMENT GROUP, LLC, form unknown; JAMES E. LORO, MELVA LORO, and NADENE LORO SNAPP.<br><br>        Defendants. | Case No.: C 07-05795 JF (HRLx)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO NOVEMBER 7, 2008<br><br>Date: November 7, 2008<br>Ctrm.: 3, Fifth Floor SJ<br>Time: 10:30 a.m. |

1
**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO NOVEMBER 7, 2008**

The parties to the above-entitled action through their attorneys hereby jointly submit this stipulation for continuance of the Case Management Conference previously set for October 17, 2008, to be continued to November 7, 2008. This stipulation was reached in light of a hearing set for October 24, 2008, for Plaintiff's Motion to File First Amended Complaint to include additional defendants in the action.

Dated: 10-10-08

Mark Fang, Esq.

Dated: 10/10/08

Mark R. Figueiredo, Esq.

## ORDER

It is so ordered.

Dated: 10/14/08

UNITED STATES DISTRICT JUDGE

---

2
JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGE CONFERENCE TO NOVEMBER 7, 2008