**\*\* E-filed October 27, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation; LOROCO SALES INCORPORATED, a California corporation; JAMEL ENTERPRISES, a California limited liability corporation company dba Millennium Advanced Solutions; PERALTA INVESTMENT GROUP, LLC, form unknown; JAMES E. LORO; MELVA LORO; and NADENE LORO SNAPP;<br><br>　　　　Defendants.<br>_____/ | No. C07-05795 JF (HRL)<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AS MOOT**<br><br>**[Re: Docket No. 190]** |

This court vacated the November 3, 2009 hearing for the individual defendants' Motion to Quash and for a Protective Order. Accordingly, plaintiff's counsel's request to appear by telephone at the hearing is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: October 27, 2009

　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**C 07-05795** N**otice will be electronically mailed to:**

James Loro          j4ldef@yahoo.com
Mark M Fang, Esq    MFang@MarkFangAPC.com, Bshort@MarkFangAPC.com
Melva Loro          j4ldef@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**