**E-Filed 4/26/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MILLENIUM ELECTRONICS, INC., et al.,<br><br>Defendants. | Case Number 5:07-cv-05795-JF<br><br>ORDER[1] GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; AND GRANTING LORO DEFENDANTS' MOTION FOR LEAVE TO ADD COUNTERCLAIM<br><br>[re: document nos. 202, 208 ] |

On April 22, 2011, the Court heard Plaintiff's motion for leave to file a second amended complaint and the Loro Defendants' motion for leave to amend their answer to include a counterclaim. For the reasons stated on the record, both motions are GRANTED. Plaintiff shall file its amended pleading on or before May 18, 2011. Defendants shall respond to that pleading within the time provided under the Federal Rules of Civil Procedure. If Defendants respond by filing an answer, Defendants may assert a counterclaim.

IT IS SO ORDERED.

DATED: 4/26/2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:07-cv-05795-JF
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ETC.
(JFLC2)