IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVERFLOW TECHNOLOGY CORPORATION,

    Plaintiff,

v.

MILLENIUM ELECTRONICS, INC., ET AL.,

    Defendants.
_____/

No. C 07-05795 JSW

**ORDER TO SHOW CAUSE**

This matter came before the Court for a case management conference on Friday, October 28, 2011. On October 13, 2011, the Court issued an order setting the case management conference. Mr. David Chamberlin, counsel for Defendants James E. Loro and Melva Loro, was required but failed to participate in the drafting of the case management statement and to appear for that case management conference.

Accordingly, counsel for Defendants Loro are HEREBY ORDERED TO SHOW CAUSE in writing by no later than November 7, 2011, as to why default should not be entered for failure to defend and why Defendant's counsel should not be sanctioned in the amount of $1,000. Failure to respond to this Order by November 7, 2011, shall result in the entry of default judgment against Defendants Loro and the issuance of sanctions against Defendant's counsel in the amount of $1,000.

**IT IS SO ORDERED.**

Dated: October 31, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE