IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MILLENIUM ELECTRONICS, INC., ET AL.,<br><br>Defendants.<br>_____ / | No. C 07-05795 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

This matter came before the Court for a case management conference on Friday, October 28, 2011. On October 13, 2011, the Court had issued an order setting the case management conference. Mr. David Chamberlin, counsel for Defendants James E. Loro and Melva Loro, was required but failed to participate in the drafting of the case management statement and to appear for that case management conference.

Accordingly, on October 31, 2011, this Court issued an order to show cause as to why default should not be entered for failure to defend and why Defendant's counsel should not be sanctioned in the amount of $1,000. Having received a timely response, the order to show cause is discharged. Should local counsel for the Loros wish to substitute in for Mr. Chamberlain, counsel shall submit a stipulation signed by the clients and both counsel and

1  proposed order of substitution.  Otherwise, Mr. Chamberlain remains as counsel of record for
2  all purposes and the schedule remains as set by the Court during the case management
3  conference.

5  **IT IS SO ORDERED.**

6  Dated:   November 7, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE