\*\* E-filed February 16, 2012 \*\*

MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
William G. Short, Esq.; SBN 132479
400 Camarillo Ranch Road, Suite 203
Camarillo, CA 93012
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

Attorney for Plaintiff EVERFLOW TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>Plaintiff,<br><br>vs.<br><br>MILLENIUM ELECTRONICS, INC., a California corporation,<br><br>Defendant. | Case No.: 07-CV-05795-HRL<br><br>**Plaintiff's Request For Court Permission To Participate In Case Management Conference By Telephone (Court Call) on The February 21, 2012**<br><br>Date:     February 21, 2012<br>Time:     1:30 p.m.<br>Location: Court Room 2, 5th Floor |

Pursuant to USDC Local Civil Rules 16-10 (a), this shall serve as Plaintiff's counsel's request to participate in the Case Management Conference on February 21, 2012. Plaintiff's

---

1
Plaintiff's Request For Court Permission To Participate In Case Management
Conference By Telephone (Court Call) on The February 21, 2012

counsel's office is located in Camarillo, California (Southern California), and the availability of using CourtCall would reduce unnecessary expenses for Plaintiff.

By: _____
Mark Fang, Esq.,
Attorney for Plaintiff

Having shown good cause, Plaintiff's counsel's request to participate in the February 21, 2012 CMC by telephone is hereby granted.

Signed: _____ The Honorable Magistrate Judge Howard Lloyd

Date: February __16__, 2012

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I, the undersigned, declare that I am a resident of the County of Ventura, State of California; I am over the age of 18 years and not a party to the within action; my business address is 400 Camarillo Ranch Road, Suite 203, Camarillo, CA 91302.

On **February 8, 2012**, I served the following document, **Plaintiff's Request For Court Permission To Participate In Case Management Conference By Telephone (Court Call) on The February 21, 2012**, of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for the addressee named hereafter, addressed to each such address respectively as follows:

| Richard J. La Fleur, Esq. | David Chamberlin | Ms. Nadene Loro |
|---|---|---|
| **LA FLEUR & YASIN LLP** | **1455 Dovetail Way** | **761 Eschenburg Drive** |
| 4 North Second Street, Suite 570 | Gilroy, CA 95020 | Gilroy, CA 95020 |
| San Jose, CA 95113-1305 | Phone: 415-315-9562 | (via U.S. mail) |
| (via ECF) | Fax: 650-745-2767 | |
| | (via ECF) | |

\_x\_ **(BY MAIL)** I deposited such envelope in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid.

\_x\_ **(BY ECF)** I sent this document via ECF to the above listed contacts: Mr. Richard La Fleur & Mr. David Chamberlin on **February 8, 2012**.

\_\_\_ **(BY PERSONAL SERVICE)** Such envelope was delivered by HAND DELIVERY to the office of the addressee. Executed on _____.

\_\_\_ **(VIA CERTIFIED MAIL, RETURN RECEIPT)** Such envelope was delivered via certified mail, return receipt to all addressees listed on attached mailing list. Executed on _____.

\_\_\_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_x\_ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare that I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **February 8, 2012**, at Camarillo, California.

| Mavis Burmann | _/s/ Mavis Burmann_ |
|---|---|
| (Print Name) | (Signature) |