*E-FILED: December 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORP., | No. C07-05795 HRL |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | **[Re: Docket Nos. 278, 280, 281, 282]** |
| MILLENNIUM ELECTRONICS, INC.; ET AL., | |
| Defendants. | |

The parties have stipulated to an extension of the fact discovery cut-off to allow for the deposition of defendant James E. Loro and Plaintiff Everflow Technology Corp. The Court grants an extension of the fact discovery cut-off to December 28, 2012 for these depositions only. The deadline for hearings on dispositive motions, previously set for January 29, 2013, is now set for February 19, 2013. The parties are reminded to send courtesy copies of all filings to chambers.

**IT IS SO ORDERED.**

Dated: December 12, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05795 HRL Order will be electronically mailed to:**

David Ray Chamberlin:  chamberlin.calaw@gmail.com

James Loro: j4ldef@yahoo.com

Mark M Fang , Esq:   MFang@MarkFangAPC.com

Melva Loro:   j4ldef@yahoo.com

Richard John La Fleur:       rlafleur@lafleuryasin.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**