*E-FILED: January 11, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORP., | No. C07-05795 HRL |
| Plaintiff, | **ORDER** |
| v. | |
| MILLENNIUM ELECTRONICS, INC.; ET AL., | |
| Defendants. | |

The Court hereby orders the parties to appear for a status conference on **January 29, 2013** at 1:30 p.m. in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California. The parties shall submit a joint case status report on January 22, 2013. The *pro se* litigants in this matter must attend the status conference in person.

**IT IS SO ORDERED.**

Dated: January 11, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C07-05795 HRL Order will be electronically mailed to:**

2 David Ray Chamberlin:  chamberlin.calaw@gmail.com

3 James Loro:   j4ldef@yahoo.com

4 Mark M Fang , Esq:   MFang@MarkFangAPC.com

5 Melva Loro:   j4ldef@yahoo.com

6 Melva Loro:   j4ldef@yahoo.com

7 Richard John La Fleur:       rlafleur@lafleuryasin.com

8 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**