*E-FILED: January 24, 2013*

**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORP., | No. C07-05795 HRL |
| Plaintiff, | **ORDER DENYING REQUESTS FOR TELEPHONIC APPEARANCES AT STATUS CONFERENCE** |
| v. | |
| MILLENNIUM ELECTRONICS, INC.; ET AL., | **(Dkts. 297, 298, 299)** |
| Defendants. | |

The court hereby DENIES the requests made by defendants James Loro, Melva Loro, and Nadene Loro Snapp to appear by telephone at the Status Conference set for January 29, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C07-05795 HRL Order will be electronically mailed to:**

2  David Ray Chamberlin:  chamberlin.calaw@gmail.com

3  James Loro:   j4ldef@yahoo.com

4  Mark M Fang , Esq:   MFang@MarkFangAPC.com

5  Melva Loro:   j4ldef@yahoo.com

6  Melva Loro:   j4ldef@yahoo.com

7  Richard John La Fleur:        rlafleur@lafleuryasin.com

8  **C07-05795 HRL Order will be mailed to:**

9  Nadene Loro Snapp
   761 Eschenburg Drive
10 Gilroy, CA 95020

11 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2