*E-FILED: January 28, 2013*

1  Richard J. La Fleur, Esq. (Ca. Bar No. 129065)
   **LA FLEUR LAW OFFICES**
2  2033 Gateway Place, 5th Floor
   San Jose, CA 95110
3  Tel.: (408) 975-9400
4  Email: rlafleur@lafleurlawoffices.com

5  Hana Callaghan, Esq. (Cal. Bar No. 164769)
   Attorney at Law
6  1410 Bright Oaks Court
   Los Altos, CA 94024
7  Tel. (650) 964-2594
8  Email: Hanacallaghan@gmail.com

9  Attorneys for Defendant Michael Callaghan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan), <br><br> Plaintiff, <br><br> v. <br><br> MILLENIUM ELECTRONICS, INC., a California corporation; et al, <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS. | CASE NO. C07-05795 HRL <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT MICHAEL CALLAGHAN BY PLAINTIFF EVERFLOW TECHNOLOGY CORPORATION** |

IT IS HEREBY STIPULATED by and between Defendant Michael Callaghan ("Callaghan"), by his attorney of record, and Plaintiff EVERFLOW TECHNOLOGY CORPORATION ("Everflow"), by his attorney of record, that the Second Amended Complaint and the above-captioned action is dismissed with prejudice against Callaghan by Everflow

1

pursuant to the terms of their Settlement Agreement and Mutual Release and FRCP 41(a)(2).

**SO STIPULATED.**

Dated: January 19, 2013    By: _____
                                Richard La Fleur, Esq.
                                Attorney for Defendant
                                Michael Callaghan

Dated: January 22, 2013    By: _____
                                Mark Fang, Esq.
                                Attorney for Plaintiff
                                Everflow Technology Corporation

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 28, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Calla004 -- Everflow\Pleadings\Dismissal Stipulation and Proposed Order.doc

3
STIPULATION OF DISMISSAL OF DEFENDANT MICHAEL CALLAGHAN BY PLAINTIFF
EVERFLOW TECHNOLOGY CORPORATION   Case No. C07-05795 HRL