*E-FILED: March 15, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EVERFLOW TECHNOLOGY CORP.,

No. C07-05795 HRL

                Plaintiff,

v.

MILLENNIUM ELECTRONICS, INC.; ET AL.,

                Defendants.

_____/

**ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL**

The currently scheduled final pretrial conference and trial dates are vacated, and will be re-set as necessary, following resolution of the pending dispositive motions.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **C07-05795 HRL Order will be electronically mailed to:**

2    David Ray Chamberlin chamberlin.calaw@gmail.com

3    James Loro j4ldef@yahoo.com

4    Mark M Fang , Esq MFang@MarkFangAPC.com

5    Melva Loro j4ldef@yahoo.com

6    Melva Loro j4ldef@yahoo.com

7    Richard John La Fleur rlafleur@lafleuryasin.com

8    **C07-05795 HRL Order will be mailed to:**

9
10    Jonathan C. Do
Fusion Law Group, APC
300 S First Street
Suite 320
11    San Jose, CA 95113

12    William Gerard Short
Mark Fang, Attorndy-at-Law, APC
13    400 Camarillo Ranch Road
Suite 203
14    Camarillo, CA 93012

15    **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

16

17

18

19

20

21

22

23

24

25

26

27

28