**\*E-Filed: September 26, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>      Plaintiff,<br>  v.<br>MILLENNIUM ELECTRONICS, INC., a California corporation,<br><br>      Defendant. | No. C07-05795 HRL<br><br>**ORDER SETTING PRETRIAL CONFERENCE** |

The Court sets this matter for Pretrial Conference on **February 20, 2014 at 1:30 PM** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. Counsel are reminded to scrupulously follow the Court's Standing Order re: Pretrial Preparation.

Based on the previous comments of counsel, and having discussed the matter with Magistrate Judge Grewal, the Court declines to ask him to conduct a further settlement conference. Counsel are encouraged to negotiate between themselves.

**IT IS SO ORDERED.**

Dated: September 26, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05795 Notice will be electronically mailed to:**

David Ray Chamberlin     chamberlin.calaw@gmail.com

Jonathan C. Do     jonathando@comcast.net

Mark M Fang , Esq     MFang@MarkFangAPC.com

Melva Loro     j4ldef@yahoo.com

Richard John La Fleur     rlafleur@lafleuryasin.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**