**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORP., <br><br> Plaintiff, <br> v. <br><br> MILLENNIUM ELECTRONICS, INC.; ET AL., <br><br> Defendants. | Case No.: 07-CV-5795-LHK <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT DEFAULT JUDGMENT BE GRANTED |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation regarding the motion for default judgment filed by Plaintiff, Everflow Technology Corporation, against Defendants Jose Alvarez and JDC Partners, LLC. The time for objections has passed, and Defendants have not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds Magistrate Judge Lloyd's Report accurate, comprehensive, and well-reasoned and concurs with the Report's conclusion that "Plaintiff has no other avenue for relief." Report and Recommendation, ECF No. 357 at 9. Accordingly, the Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion for Final Default Judgment, ECF No. 353, is therefore GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation. The Clerk shall close the case file.

1    **IT IS SO ORDERED.**

3    Dated: October 27, 2014                                        _____
                                                                    LUCY H. KOH
4                                                                   United States District Judge

Case No.: 07-CV-05795
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**United States District Court**
**For the Northern District of California**