EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| MARK FANG ATTORNEY AT LAW, APC<br>Mark Fang, Esq.; SBN 199073; William G. Short, Esq.; SBN 132479<br>400 Camarillo Ranch Road, Suite 203<br>Camarillo, California 93012<br>TELEPHONE NO.: 805-383-2788   FAX NO.:<br>E-MAIL ADDRESS: mfang@markfangapc.com<br>ATTORNEY FOR (Name): Everflow Technology Corporation, Inc.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

UNITED STATES DISTRICT COURT, NOTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 280 South First Street
MAILING ADDRESS: 280 South First Street
CITY AND ZIP CODE: San Jose, California 95113
BRANCH NAME: San Jose Division

PLAINTIFF: EVERFLOW TECHNOLOGY CORPORATION, INC.

DEFENDANT: MILLENNIUM ELECTRONICS, INC., ET AL.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                           [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C07-05795-LHK |
|---|---|---|
| | [ ] Limited Civil Case   [ ] Small Claims Case<br>[ ] Unlimited Civil Case  [ ] Other____ | |

1. **To the Sheriff or Marshal of the County of:** San Diego County
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. **(Name):** EVERFLOW TECHNOLOGY CORPORATION, INC.
   is the [✓] judgment creditor [ ] assignee of record  whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity stated in judgment if not a natural person, and last known address):

   MILLENNIUM ELECTRONICS, INC.
   1455 Dovetail Way
   Gilroy, California 95020

   [x] Additional judgment debtors on next page
5. **Judgment entered** on (date): October 27, 2014
6. [ ] **Judgment renewed** on (dates):

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9.  [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 1,370,453.65
12. Costs after judgment (per filed order or memo CCP 685.090) ........... $      0.00
13. Subtotal (add 11 and 12) .......... $ 1,370,453.65
14. Credits ......................... $      0.00
15. Subtotal (subtract 14 from 13) .... $ 1,370,453.65
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $   1,486.80
17. Fee for issuance of writ .......... $      0.00
18. **Total** (add 15, 16, and 17) ..... $ 1,371,940.45
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ....... $     41.30
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ............ $      0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING
Issued on (date): Jan. 27, 2015   Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| PLAINTIFF: EVERFLOW TECHNOLOGY CORPORATION, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: MILLENNIUM ELECTRONICS, INC., ET AL. | C07-05795-LHK |

— Items continued from page 1 —

21. [✓] **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

James Loro
1455 Dovetail Way
Gilroy, California  95020

Melva Loro
1455 Dovetail Way
Gilroy, California  95020

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   c. [ ] additional costs against certain joint debtors *(itemize):*

24. [ ] *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
   a. [ ] Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2)):*
      (1) [ ] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
           The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
           (a) $                was the daily rental value on the date the complaint was filed.
           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. [ ] Possession of personal property.
      [ ] If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. Description of property:

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession *form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
mfang@markfangapc.com
William G. Short, Esq.; SBN 132479
bshort@markfangapc.com
400 Camarillo Ranch Road, Suite 203
Camarillo, California 93012
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

Attorney for Plaintiff EVERFLOW
TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>  Plaintiff,<br><br>vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation; LOROCO SALES INCORPORATED, a California corporation; JAMEL ENTERPRISES, LLC, a California limited liability company; JAMEL ENTERPRISES, a California limited liability company dba MILLENIUM ADVANCED SOLUTIONS; PERALTA INVESTMENT GROUP, LLC, a Delaware limited liability company; JAMES E. LORO, MELVA LORO, NADENE LORO SNAPP, MICHAEL CALLAGHAN, JOSE L. ALVAREZ, JDC PARTNERS, LLC, an Arizona limited liability company; and XTREME NATURAL STONE, LLC, an Arizona limited liability company.<br><br>  Defendants. | Case No.: C07-05795-LHK<br><br>**DECLARATION OF WILLIAM G. SHORT RE INTEREST CALCULATION FOR WRIT ATTACHMENT** |

1
**DECLARATION OF WILLIAM G. SHORT RE INTEREST**

# DECLARATION OF WILLIAM G. SHORT RE INTEREST CALCULATION

1. I, William G. Short, am an attorney at law, admitted to all the Courts of the State of California and to this honorable Court, and am counsel of record for the Plaintiff/Judgment Creditor herein.

2. Plaintiff concurrently requests the issuance of a Writ of Execution which form includes an entry for accumulated interest since the judgment was entered on October 27, 2014.

3. The following is the declaration provided in support of this interest calculation pursuant to California Code of Civil Procedure § 685.050(a)(2).

4. This Court entered a final judgment on October 27, 2014, in the amount of $1,370,453.65.

5. As set out in 28 U.S.C. 1961, "interest [on a civil judgment] shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

6. The applicable weekly average 1-year constant maturity Treasury yield to be used in calculating interest for this judgment is .11%.

7. The annual post-judgment interest on $1,370,453.65 at the rate of .11% is $15,074.99.

8. At this rate, the daily interest is $41.30.

2
**DECLARATION OF WILLIAM G. SHORT RE INTEREST**

9. In the 36 days between October 27, 2014, and today, December 3, accumulated interest will amount to $1,486.80.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if sworn as a witness I could competently testify to the facts stated herein.

Dated: December 3, 2014              /William G. Short  
                                                           WILLIAM G. SHORT, ESQ.